IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10-CR-00032-KDB-DCK

| USA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TOMAS CHAVEZ GARCIA | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se pleading requesting a reconsideration of sentence reduction pursuant to Amendment 782 to the Sentencing Guidelines. (Doc. No. 273).

This Court has previously ruled that Amendment 782 provides no relief in this case. (Doc. No. 261: Order denying Sentence Reduction at 1). Defendant presents no change in facts or law to support reconsideration.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 273) is **DENIED**.

Signed: March 5, 2020

Kenneth D. Bell
United States District Judge